1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

9   JOHN A. GAVINO,                                    CASE NO. 1:04-CV-5634-REC-SMS-P

10                          Plaintiff,               ORDER DIRECTING UNITED STATES
                                                     MARSHAL TO INITIATE SERVICE OF
11          v.                                       PROCESS ON DEFENDANT PERRY
                                                     WITHOUT PREPAYMENT OF COSTS
12   DR. PAPINPUS, et al.,

13                          Defendants.
                                                   /
14

15          Plaintiff John A. Gavino ("plaintiff") is a state prisoner proceeding pro se and in forma

16   pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  This action is proceeding on

17   plaintiff's complaint filed March 22, 2004, against defendants Papinpus, Davis, and Perez for

18   violating the Eighth Amendment with respect to plaintiff's medical care.  Defendants Papinpus and

19   Davis waived service and have appeared in the action.  However, the Marshal's previous attempts

20   to locate and serve defendant Perez were unsuccessful.

21          After the Marshal attempted to serve defendant Perez for the second time in compliance with

22   the court's order of May 9, 2005, the Marshal was provided with information suggesting that D. M.

23   Perry was misidentified as W. M. Perez by plaintiff, and that Dr. Perry may be employed at the

24   California Men's Colony (CMC) in San Luis Obispo.[1]  The court has confirmed that the California

25   Medical Board lists CMC as Dr. Perry's current address of record.

26   ///

27   _____

28          [1] A record with the defendant's signature was provided to the Marshal by the court for use in identifying and
     locating the defendant.

1

1  Accordingly, IT IS HEREBY ORDERED that:

2  1. The Clerk of the Court is directed to forward the following documents to the United

3    States Marshal:

4    (1) One completed and issued summons for <u>each</u> defendant to be served;

5    (2) One completed USM-285 form for <u>each</u> defendant to be served;

6    (3) One copy of the complaint filed on March 22, 2004 for <u>each</u> defendant to be

7      served, plus an extra copy for the Marshal;

8    (4) One copy of this order for <u>each</u> defendant to be served, plus an extra copy for

9      the Marshal; and

10    (5) One copy of the court's consent form for <u>each</u> defendant to be served.

11  2. Within ten days from the date of this order, the United States Marshal is directed to

12    notify the following defendants of the commencement of this action and to request

13    a waiver of service in accordance with the provisions of Fed. R. Civ. P. 4(d) and 28

14    U.S.C. § 566(c):

15          **DR. D. M. PERRY**

16  3. The U.S. Marshal is directed to retain the summons and a copy of the complaint in

17    their file for future use.

18  4. The United States Marshal shall file returned waivers of service as well as any

19    requests for waivers of service that are returned as undelivered as soon as they are

20    received.

21  5. In attempting to identify and locate defendant Perry, if the Litigation Office at CMC

22    is unable to assist, the Marshal is directed to contact the Legal Affairs Division in

23    Sacramento and request the assistance of a special investigator.

24  6. If a waiver of service is not returned by a defendant within sixty days of the date of

25    mailing the request for waiver, the United States Marshal shall:

26    a. Personally serve process and a copy of this order upon the defendant pursuant

27      to Rule 4 of the Federal Rules of Civil Procedure and 28 U.S.C. § 566(c) and

28      shall command all necessary assistance from the California Department of

1   Corrections (CDC) to execute this order.  The United States Marshal shall

2   maintain the confidentiality of all information provided by the CDC pursuant

3   to this order.

4         b.   Within ten days after personal service is effected, the United States Marshal

5   shall file the return of service for the defendant, along with evidence of any

6   attempts to secure a waiver of service of process and of the costs

7   subsequently incurred in effecting service on said defendant.  Said costs shall

8   be enumerated on the USM-285 form and shall include the costs incurred by

9   the Marshal's office for photocopying additional copies of the summons and

10   complaint and for preparing new USM-285 forms, if required.  Costs of

11   service will be taxed against the personally served defendant in accordance

12   with the provisions of Fed. R. Civ. P. 4(d)(2).

13   7.   In the event that defendant makes an appearance in this action by filing an answer,

14   dispositive motion, or other pleading, the U.S. Marshals Service need not personally

15   serve defendant.

16   8.   In the event that defendant either waives service or is personally served, defendant

17   is required to reply to the complaint.  42 U.S.C. § 1997e(g)(2).

18

19   IT IS SO ORDERED.

20   **Dated:     July 7, 2005**                                     **/s/ Sandra M. Snyder**
     i0d3h8                                                  UNITED STATES MAGISTRATE JUDGE

21

22

23

24

25

26

27

28