UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN A. GAVINO, | 1:04-cv-05634-REC-SMS-P |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 29) |
| vs. | **ORDER DENYING MOTION TO DISMISS** (Doc. 21) |
| DR. PAPINPUS, et al., | |
| Defendants. | |

Plaintiff John A. Gavino ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On May 9, 2005, the Magistrate Judge filed a Findings and Recommendations herein which was served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty (30) days.  On June 1, 2005, defendants filed objections to the Magistrate Judge's Findings and Recommendations.

//

1

1     In accordance with the provisions of 28 U.S.C.
2  § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a
3  *de novo* review of this case.  Having carefully reviewed the
4  entire file, the Court finds the Findings and Recommendations to
5  be supported by the record and by proper analysis.
6     Accordingly, IT IS HEREBY ORDERED that:
7     1.  The Findings and Recommendations, filed May 9, 2005, is
8  ADOPTED IN FULL; and,
9     2.  Defendants' motion to dismiss, filed December 23, 2004,
10 is DENIED as follows:
11        a.  Defendants' motion to dismiss based on plaintiff's
12 failure to exhaust the available administrative remedies is
13 DENIED;
14        b.  Defendants' motion to dismiss for failure to state
15 a claim upon which relief may be granted is DENIED; and,
16        c.  Defendants' motion to dismiss the claim against
17 defendant Davis on qualified immunity grounds is DENIED; and
18     3.  Defendants shall file an answer to plaintiff's
19 complaint within thirty (30) days from the date of service of
20 this order.
21     IT IS SO ORDERED.

**Dated:  July 27, 2005**             /s/ Robert E. Coyle
668554                                UNITED STATES DISTRICT JUDGE

2