# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN A. GAVINO,<br><br>    Plaintiff,<br><br>    v.<br><br>DR. PAPINPUS, et al.,<br><br>    Defendants.<br>_____/ | CASE NO. 1:04-CV-05634 OWW SMS P<br><br>ORDER REQUIRING PLAINTIFF TO FILE AN OPPOSITION OR A STATEMENT OF NON-OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT<br><br>(Doc. 43) |

Plaintiff John A. Gavino ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On August 4, 2006, defendants filed a motion for summary judgment. More than twenty-one days have passed and plaintiff has not filed an opposition or a statement of non-opposition. Local Rule 78-230(m).

Plaintiff is required to respond to defendants' motion within **thirty (30) days** from the date of service of this order by filing an opposition or a statement of non-opposition. If plaintiff fails to file a response to defendants' motion, the court will recommend that this action be dismissed, with prejudice, for failure to obey a court order and failure to prosecute.

IT IS SO ORDERED.

**Dated:   October 17, 2006**              /s/ Sandra M. Snyder
icido3                                    UNITED STATES MAGISTRATE JUDGE

1